IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MAHER KHATIB,<br><br>    Defendant.<br>                                         / | No. CR 12-0193 WHA<br><br>**ORDER TO SHOW CAUSE** |

Defendant, represented by counsel, has moved to vacate, set aside, or correct his sentence. The motion and case files do not "conclusively show" that defendant is not entitled to relief. *See* 28 U.S.C. 2255. The government is **ORDERED TO SHOW CAUSE** within **SIXTY DAYS** why the motion should not be granted, if that is its position, and to file then all portions of the record relevant to the motion. The Clerk shall **SERVE** this order on defendant and the United States. If the government opposes the motion, defendant shall have **THIRTY DAYS** from submission of the opposition to reply.

**IT IS SO ORDERED.**

Dated: May 11, 2016.

                                                                  WILLIAM ALSUP
                                                                  UNITED STATES DISTRICT JUDGE